RONALD F. PETRONELLA, COMMISSIONER OF LABOR, EX REL. GLENN MAIORANO ET AL. *v.* VENTURE PARTNERS, LTD., ET AL.

The petition of the defendants Venture Partners, Ltd., Gary Laskowski and Jonathan Betts for certification for appeal from the Appellate Court, 60 Conn. App. 205 (AC 18759), is granted, limited to the following issue:

"Were the defendants employers for purposes of General Statutes § 31-72 and thereby liable for wages due employees that were earned prior to the defendants' involvement with the employer corporation?"

The Supreme Court docket number is SC 16433.

*Robert A. Ziegler*, in support of the petition.

*Glenn A. Woods*, assistant attorney general, in opposition.